

**KENDALL REGIONAL**
*Medical Center*

**Quality Care. Done Right.**

11750 Bird Road, Miami, Florida 33175-3530
Phone: (305) 223-3000

February 18, 2021

To whom it may concern:

This is to confirm that Ms. Rhina Gomez is currently a patient at Kendall Regional Medical Center. The patient was admitted on January 16, 2021.

Sincerely,

Mayra I. Muntaner
Director, Health Information Management

**DEFENDANTS' EXHIBIT B**

Please visit us at: www.kendallmed.com

